IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| JAMES D. LOWERY, | * | Case No.:  4:23-CR-18-CDL-004 |
| | * | |
| Defendant | * | |
| | * | |

## ORDER

James D. Lowery, Defendant (#04), was indicted on June 14, 2023 and a superseding indictment returned on July 12, 2023.  ECF Nos. 1, 10.  A pretrial conference is currently scheduled for October 5, 2023.  The parties jointly ask to continue the case.  Specifically, defense counsel needs time to review discovery, to discuss discovery and possible defenses with the Defendant, to undertake any investigation necessary to advance said defenses, and to engage in plea negotiations for possible pretrial resolutions with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the term of Court set for March 2024, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and Defendants in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendants and the Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall

not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **19th** day of **September, 2023**.

                                                  S/Clay D. Land

                                                  _____
Clay D. Land, U.S. District Judge